People v Jackson (2025 NY Slip Op 03498)

People v Jackson

2025 NY Slip Op 03498

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, MONTOUR, OGDEN, AND NOWAK, JJ.

880/23 KA 23-00435

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
SAVANNAH D. JACKSON, DEFENDANT-APPELLANT.

ALEXANDER E. BASINSKI, KENMORE, FOR DEFENDANT-APPELLANT. 
LORI P. RIEMAN, DISTRICT ATTORNEY, LITTLE VALLEY, FOR RESPONDENT.

 Appeal from a judgment of the Cattaraugus County Court (Ronald D. Ploetz, J.), rendered July 23, 2018. The judgment convicted defendant, upon a jury verdict, of robbery in the first degree, robbery in the second degree, grand larceny in the fourth degree (two counts) and menacing in the second degree. 
Now, upon reading and filing the stipulation of discontinuance signed by defendant-appellant and the attorneys for the parties on July 30, 2024, and May 2, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed upon stipulation.
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court